UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREBALL INFORMATION TECHNOLOGIES LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER TYLOR, et al.,<br><br>Defendants. | Case No. 22-cv-03075-MMC  (SK)<br><br>**ORDER DENYING REQUEST**<br><br>Regarding Docket No. 71 |

Non-party Anthony Carlis filed a proposed order seeking relief from the Court. Despite being told that he used an incorrect event and that he should re-file it as a motion, Carlis failed to do so. Moreover, in his request to quash a subpoena, Carlis does not provide a copy of the subpoena and fails to describe what the subpoena seeks. After reviewing the papers, the Court cannot determine the relevant background information to evaluate his request, even if it were filed properly as a motion. The Court thus DENIES the request without prejudice to the filing of a revised motion attaching a copy of the subpoena and more fully explaining what the subpoena seeks, why it should be quashed, and what the role of Carlis is in this litigation.

**IT IS SO ORDERED**.

Dated: June 28, 2023

_____
SALLIE KIM
United States Magistrate Judge